**Marilou M. PONGE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 2014–3171.**

United States Court of Appeals, Federal Circuit.

Sept. 11, 2014.

Marilou M. Ponge, Las Vegas, NV, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

## ON MOTION

## ORDER

Upon consideration of Marilou M. Ponge's motion to withdraw her petition,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.